1  ROBERT C. STRICKLAND (SBN 243757)
   STRICKLAND LAW GROUP
2  1372 N. McDowell Blvd. Suite J
   Petaluma, California 94954
3  Telephone:    (707) 347-9123
   Facsimile:    (707) 347-9123
4  Email:        Robert@stricklandlawyers.com

5

6  Attorney for Plaintiff:
   Rosaura Hernandez

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 Rosaura Hernandez,                    CASE NO.:  3:18-cv-05429-JD

11             Plaintiff,                **JOINT STIPULATION OF DISMISSAL OF
                                         ACTION WITH PREJUDICE AND
12     v.                                [PROPOSED] ORDER**

13 Healdsburg District Hospital          (FRCP Rule 23 (e); 41)

14             Defendant.

15

16

17

18

19     WHEREAS, Plaintiff filed her First Amended Complaint for Damages and Restitution on

20 August 7, 2018, alleging the following causes of action:

21     1.  FAILURE TO PAY OVERTIME [29 USC §§ 207; 216] (**CLASS ACTION**);
       2.  VIOLATION OF CALIFORNIA BUSINESS & PROFESSION CODE §17200, et.
22         seq.(**CLASS ACTION**);
       3.  HARASSMENT;
23     4.  FAILURE TO INVESTIGATE HARASSMENT;
       5.  VIOLATION OF CALIFORNIA FAMILY RIGHTS ACT [Gov.C. § 12945.2; Gov.C. §
24         12900 *et seq.*];
       6.  VIOLATION OF FAMILY AND MEDICAL LEAVE ACT [29 USC § 2601 *et seq.*];
25     7.  RETALIATION IN VIOLATION OF LABOR CODE §1102.5, et. seq.

26     WHEREAS, Plaintiff and Defendant Healdsburg District Hospital settled this matter on

27 March 26, 2019, at the Early Settlement Conference conducted by Magistrate Judge Thomas S.

28 Hixson;

- 1 -

**FRCP 41(a)(1)(A) Dismissal of Plaintiff's Individual Claims and Causes of Action**

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant Healdsburg District Hospital through its designated counsel that the above-captioned action should be voluntarily dismissed with prejudice pursuant to FRCP 41(a)(1)(A) as to Plaintiff's individual Causes of Action Three (3) through Seven (7).

**FRCP 23 (e) Dismissal of Plaintiff's Pre-Certified Class Action Claims**

WHEREAS, Plaintiff's First Cause of action alleged Class Wide Violations for a proposed class of, "all persons who, at any time during the three (3) years preceding the filing of this action, and since, were employed by Defendant HEALDSBURG DISTRICT HOSPITAL in non-exempt job positions and worked in excess of 40 hours per work week without receiving overtime pay";

WHEREAS Plaintiff's Second Cause of action alleging Class Wide Violations of California Business & Professional Code §17200 was entirely premised on violations of the First Cause of Action;

WHEREAS Plaintiff in the course and scope of litigation and exchange of discovery received comprehensive and complete documents reflecting all time-keeping records and payroll records that definitively established Plaintiff received accurate wage payments, including overtime wages, for all hours worked while employed at Defendant Healdsburg Hospital;

WHEREAS Plaintiff has no evidence in support of her First Cause of Action for Failure to Pay Overtime Wages;

WHEREAS Plaintiff has no evidence in support of her Second Cause of Action for Violations of California Business & Professional Code §17200;

WHEREAS Plaintiff has no evidence to support Class Wide certification for her First and Second Causes of Action;

WHEREAS Plaintiff is incapable of serving as a class representative for the First and Second Causes of Action pled in her complaint;

WHEREAS Plaintiff never applied, and a Class was never certified, for Plaintiff's First or Second Causes of Action;

1    WHEREAS Plaintiff settled this matter on March 26, 2019, at the Early Settlement

2    Conference conducted by Magistrate Judge Thomas S. Hixson;

3    WHEREAS the Settlement Agreement does not purport to limit or forbear any potential

4    class member from pursuing any individual claim;

5    WHEREAS the Settlement Agreement does not bind or limit the rights of the potential class

6    members in any way;

7    WHEREAS the Settlement Agreement maintains the *status quo* of all potential class

8    members' rights and obligations as they were prior to Plaintiff's filing of her action;

9    WHEREAS the dismissal of Plaintiff's First and Second Causes of Action does not require

10   notice to potential class members;

11   THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant

12   Healdsburg District Hospital through its designated counsel that the above-captioned action should

13   be voluntarily dismissed with prejudice pursuant to FRCP 23(e) as to Plaintiff's First and Second

14   Causes of Action.

15   The parties further stipulate that the parties shall bear their own attorney's fees, expenses

16   and costs.

17

18   Date: Crtkn 5 , 2019                              Date: Crtkn 5 , 2019

19

20

21   STRICKLAND LAW GROUP                      MERRILL ARNONE & JONES, LLP

22

23   By: *Robert Strickland*                   By: /s/ Ross B. Jones
     ROBERT C. STRICKLAND, ESQ.                    Ross B. Jones, Attorneys for North Sonoma
24   Attorneys for Plaintiff                        County Healthcare District
     ROSAURA HERNANDEZ
25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE**

1

## <u>ORDER</u>

2       The Stipulation is approved. Plaintiff's Complaint is hereby dismissed with prejudice in its

3   entirety. The parties to bear their own attorney fees, expenses and costs.

4

5

6

7       Dated: April ___15___, 2019

8

9       _____

10      HONO                                    ATO
        United                           udge

11



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE**